Cite as 2021 Ark. 172

# SUPREME COURT OF ARKANSAS

No. CR-98-463

| | |
|---|---|
| TIMOTHY WAYNE KEMP<br>PETITIONER<br><br>V.<br><br>STATE OF ARKANSAS<br>RESPONDENT | **Opinion Delivered:** October 7, 2021<br><br>PETITION TO REINVEST JURISDICTION IN THE TRIAL COURT TO CONSIDER A PETITION FOR WRIT OF ERROR CORAM NOBIS [PULASKI COUNTY CIRCUIT COURT, FIRST DIVISION, NO. 60CR-93-2903]<br><br>HONORABLE MARION HUMPHREY, JUDGE<br><br><u>PETITION DENIED</u>. |

**COURTNEY RAE HUDSON, Associate Justice**

Petitioner Timothy Wayne Kemp has filed his second application to reinvest jurisdiction in the Pulaski County Circuit Court to consider a petition for writ of error coram nobis. Kemp petitions for relief in both CR-95-549, his first direct appeal from his capital-murder convictions and death sentences, and CR-98-463, his second direct appeal following the resentencing hearing. *See Kemp v. State*, 324 Ark. 178, 919 S.W.2d 943 (1996) (CR-95-549); *Kemp v. State*, 335 Ark. 139, 983 S.W.2d 383 (1998) (CR-98-463). Kemp's petitions in both cases are identical. For the reasons stated in our separate opinion issued today in *Kemp v. State*, 2021 Ark. 173, CR-95-549, we also deny his petition in the current case.

Petition denied.

*Julie Pitt Vandiver*, Ass't Fed. Pub. Def., for petitioner.

*Leslie Rutledge*, Att'y Gen., by: *Kent G. Holt*, Ass't Att'y Gen., for respondent.